IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
Jacksonville Division

CASE NO.: 3:17-CV-899-J-32-JBT

DOUGLAS LONGHINI, individually, )
)
    Plaintiff, )
)
v. )
)
GATEWAY RETAIL CENTER, LLC., )
WINGIN' IT INVESTMENTS, INC., )
NEIL, INC. a/k/a SUBWAY GATEWAY )
#20397, BAJCO FLORIDA, LLC. d/b/a )
PAPA JOHN'S PIZZA, )
)
    Defendants. )
_____ )

## PLAINTIFF'S ANSWERS TO COURT'S INTERROGATORIES

1. Residence address

   5205 SW 141 Ave Miami, FL 33175

2. Name of current employer and place of employment.

   None

3. Date(s) and time(s) that you visited the facility.

   June 7, 2017

4. Purpose of your visit(s) and duration of your stay(s).

   To conduct Business and Purchases.

5. Did anyone else accompany you? If so, who?

   Yes. Carlos Cuesta.

6. Describe the nature of your disability.

   Cerebral Palsy

– 1 –
FEDERAL DISABILITY ADVOCATES
ATTORNEYS AT LAW

7. Specifically list each of the architectural barriers which you personally observed or experienced at this facility.

**DEFENDANT GATEWAY RETAIL CENTER**

**Parking**

a. The Plaintiff had difficulty exiting the vehicle, as an access aisle of the required width is not provided. Violation: There are accessible parking spaces that do not have compliant access aisles provided, violating Sections 4.1.2(5a) and 4.6.3 of the ADAAG and Section 502.3.1 of the 2010 ADA Standards, whose resolution is readily achievable.

b. The Plaintiff had difficulty accessing the facility, as there are designated accessible parking spaces located too far from an accessible route to the facility. Violation: Some of the accessible parking spaces are not located on the shortest route to an accessible entrance, violating Section 4.6.2 of the ADAAG and Section 208.3.1 of the 2010 ADA Standards, whose resolution is readily achievable.

c. The Plaintiff had difficulty exiting the vehicle, as designated accessible parking spaces are located on an excessive slope. Violation: Some of the accessible parking spaces are located on a slope in violation of Section 4.6.3 of the ADAAG and Section 502.4 of the 2010 ADA Standards, whose resolution is readily achievable.

d. The Plaintiff had difficulty exiting the vehicle, as designated accessible parking space access aisles are located on an excessive slope. Violation: Some of the accessible parking space access aisles are located on a slope violating Section 4.6.3 of the ADAAG and Section 502.4 of the 2010 ADA Standards, whose resolution is readily achievable.

**Entrance Access and Path of Travel**

e. The Plaintiff had difficulty traversing the path of travel, as it was not continuous and accessible. Violation: There are inaccessible routes from the public sidewalk. These are violations of the requirements in Sections 4.3.2(1), 4.3.8, 4.5.1, and 4.5.2 of the ADAAG and Sections 206.2.1, 302.1, 303, and 402.2 of the 2010 ADA Standards, whose resolution is readily achievable.

f. The Plaintiff had difficulty traversing the path of travel, as it was not continuous and accessible. Violation: There are inaccessible routes between sections of the facility. These are violations of the requirements in Sections 4.3.2(2), 4.3, and 4.5 of the ADAAG and Sections 206.2.2, 303, 402 and 403, whose resolution is readily achievable.

g. The Plaintiff had difficulty traversing the path of travel, as there are cross slopes in excess of 2%. Violation: The path of travel contains excessive cross slopes in violation of Section 4.3.7 of the ADAAG and Section 403.3 of the 2010 ADA Standards, whose resolution is readily achievable.

h. The Plaintiff had difficulty traversing the path of travel, as there are cross slopes in excess of 2%. Violation: The path of travel contains excessive cross slopes in violation of Section 4.3.7 of the ADAAG and Section 403.3 of the 2010 ADA Standards, whose resolution is readily achievable.

i. The Plaintiff had difficulty traversing the path of travel, as there are cross slopes in excess of 2%. Violation: The path of travel contains excessive cross slopes in violation of Section 4.3.7 of the ADAAG and Section 403.3 of the 2010 ADA Standards, whose resolution is readily achievable.

j. The Plaintiff had difficulty traversing the path of travel, as there are cross slopes in excess of 2%. Violation: The path of travel contains excessive cross slopes in violation of Section 4.3.7 of the ADAAG and Section 403.3 of the 2010 ADA Standards, whose resolution is readily achievable.

k. The Plaintiff had difficulty traversing the path of travel, as there are cross slopes in excess of 2%. Violation: The path of travel contains excessive cross slopes in violation of Section 4.3.7 of the ADAAG and Section 403.3 of the 2010 ADA Standards, whose resolution is readily achievable.

l. The Plaintiff experienced a hazardous situation as curb ramps protrude into the vehicular pathway. Violation: There are curb ramps at the facility that project into vehicular areas, violating Section 4.7.6 of the ADAAG and Section 406.5 of the 2010 ADA Standards, whose resolution is readily achievable

### **DEFENDANT WINGIN'IT**

### **Public Restrooms**

m. The Plaintiff could not transfer to the toilet without assistance, as the grab bars are not at the required locations. Violation: The grab bars in the accessible toilet compartment do not comply with the requirements prescribed in Sections 4.17.6 and 4.26 of the ADAAG and Sections 604.5 and 609 of the 2010 ADA Standards, whose resolution is readily achievable.

### **DEFENDANT SUBWAY #20397**

### **Access to Goods and Services**

n. The accessible features are not maintained at the subject facility, creating barriers to access for the plaintiff, as set forth herein, in violation of 28 CFR 36.211.

### **Public Restrooms**

o. There are permanently designated interior spaces without proper signage, violating Section 4.1.3(16) and 4.30 of the ADAAG and Sections 216.2 and 703 of the 2010 ADA Standards, whose resolution is readily achievable.

p. The Plaintiff had difficulty using the restroom door without assistance, as the door hardware requires tight grasping and twisting of the wrist to operate. Violation: The restroom door has non-compliant hardware for disabled patrons, violating Section 4.13.9 of the ADAAG and Sections 309.4 and 404.2.7 of the 2010 ADA Standards, whose resolution is readily achievable.

q. The Plaintiff could not flush the toilet without assistance, as the flush valve is not mounted on the wide area. Violation: The flush

    valve is not mounted on the compliant side in violation of Section 4.16.5 of the ADAAG and Section 604.6 of the 2010 ADA Standards, whose resolution is readily achievable.

r. The Plaintiff had difficulty using the paper towels due to the roll not being located within a dispenser. Violation: Elements in the restroom are not readily accessible and usable by persons with disabilities, violating 28 CFR 36.211, whose resolution is readily achievable.

s. The Plaintiff could not transfer to the toilet without assistance, as the toilet is less than 1½"below the rear grab bar. Violation: The grab bars do not comply with the requirements prescribed in Sections 4.16.4. Figure 29, & 4.26.2 of the ADAAG and Sections 604.5.2 and 609.3 of the 2010 ADA Standards, whose resolution is readily achievable.

t. The Plaintiff could not use the mirror, as it is mounted too high. Violation: The mirrors provided for public use in the restroom are in violation of the requirements in Section 4.19.6 of the ADAAG and Section 603.3 of the 2010 ADA Standards, whose resolution is readily achievable.

u. The Plaintiff could not use the lavatory faucets without assistance, as they require a tight grasp and twist to operate. Violation: Compliant faucets are not provided at the lavatory violating Sections 4.19.5 and 4.27.4 of the ADAAG and Sections 309.4 and 606.4 of the 2010 ADA Standards, whose resolution is readily achievable.

v. The Plaintiff could not use the soap dispenser without assistance, as it is mounted too high. Violation: There are dispensers provided for public use in the restroom, with controls outside the ranges prescribed in Sections 4.2.5, 4.2.6, and 4.27.3 of the ADAAG and Section 308 of the 2010 ADA Standards, whose resolution is readily achievable.

w. The Plaintiff could not use the lavatory without assistance, as the required knee and toe clearance is not provided. Violation: There are lavatories in public restrooms without the required clearances provided, violating the requirements in Section 4.19.2 and Figure 31 of the ADAAG and Sections 306 and 606.2 of the 2010 ADA Standards, whose resolution is readily achievable.

## DEFENDANT PAPA JOHN'S

### Access to Goods and Services

x. The accessible features are not maintained at the subject facility, creating barriers to access for the plaintiff, as set forth herein, in violation of 28 CFR 36.211

y. There are permanently designated interior spaces without proper signage, violating Section 4.1.3(16) and 4.30 of the ADAAG and Sections 216.2 and 703 of the 2010 ADA Standards, whose resolution is readily achievable

z. The Plaintiff had difficulty using the restroom door without assistance, as the door hardware requires tight grasping and twisting of the wrist to operate. Violation: The restroom door has non-compliant hardware for disabled patrons, violating Section 4.13.9 of the ADAAG and Sections 309.4 and 404.2.7 of the 2010 ADA Standards, whose resolution is readily achievable

aa. The Plaintiff had difficulty using the toilet paper due to the roll not being located within a dispenser. Violation: Elements in the restroom are not readily accessible and usable by persons with disabilities, violating 28 CFR 36.211, whose resolution is readily achievable.

bb. The Plaintiff could not use the toilet paper dispenser without assistance, as it is not mounted at the required location. Violation: The toilet paper dispenser is not mounted in accordance with Section 4.16.6 and Figure 29 of the ADAAG and Section 604.7 of the 2010 ADA Standards, whose resolution is readily achievable

cc. The Plaintiff was exposed to a cutting/burning hazard because the lavatory pipes are not wrapped. Violation: The lavatory pipes are not fully wrapped or maintained violating Section 4.19.4 of the ADAAG and Section 606.5 of the 2010 ADA Standards, whose resolution is readily achievable.

dd. The Plaintiff could not transfer to the toilet without assistance, as the grab bars are not at the required locations. Violation: The grab bars in the accessible toilet compartment do not comply with the requirements prescribed in Sections 4.17.6 and 4.26 of the ADAAG and Sections 604.5 and 609 of the 2010 ADA Standards, whose resolution is readily achievable.

8. Did you take notes or make a contemporaneous record of these barriers? If so, please attach a copy to these Answers.

No

9. Please list any other Title III cases in which you have been a party in this District.

| # | Party | Court | Case No. | Nature | Filed | Closed |
|---|---|---|---|---|---|---|
| 26 | Longhini, Douglas (pla) | flsdce | 0:2016-cv-60631 | 446 | 03/23/2016 | 04/12/2016 |
| 27 | Longhini, Douglas (pla) | flsdce | 1:2016-cv-23446 | 446 | 08/10/2016 | 10/24/2016 |
| 28 | Longhini, Douglas (pla) | flsdce | 1:2017-cv-20331 | 446 | 01/25/2017 | |
| 29 | Longhini, Douglas (pla) | flsdce | 1:2017-cv-20720 | 446 | 02/23/2017 | |
| 30 | Longhini, Douglas (pla) | flsdce | 1:2015-cv-20888 | 440 | 03/04/2015 | 05/29/2015 |
| 31 | Longhini, Douglas (pla) | flsdce | 1:2015-cv-23140 | 446 | 08/21/2015 | 12/22/2015 |
| 32 | Longhini, Douglas (pla) | flsdce | 1:2015-cv-24766 | 446 | 12/30/2015 | 04/04/2016 |
| 33 | Longhini, Douglas (pla) | flsdce | 1:2016-cv-20917 | 446 | 03/13/2016 | 05/26/2016 |
| 34 | Longhini, Douglas (pla) | flsdce | 1:2016-cv-23400 | 446 | 08/08/2016 | 03/30/2017 |
| 35 | Longhini, Douglas (pla) | flsdce | 1:2017-cv-20330 | 446 | 01/25/2017 | |
| 36 | Longhini, Douglas (pla) | flsdce | 1:2017-cv-20354 | 446 | 01/26/2017 | |
| 37 | Longhini, Douglas (pla) | flsdce | 1:2015-cv-20886 | 446 | 03/04/2015 | 03/04/2015 |
| 38 | Longhini, Douglas (pla) | flsdce | 1:2015-cv-22946 | 446 | 08/06/2015 | 01/26/2016 |
| 39 | Longhini, Douglas (pla) | flsdce | 1:2015-cv-24637 | 446 | 12/17/2015 | 06/27/2016 |
| 40 | Longhini, Douglas (pla) | flsdce | 1:2016-cv-20916 | 446 | 03/13/2016 | 05/20/2016 |
| 41 | Longhini, Douglas (pla) | flsdce | 1:2016-cv-23312 | 446 | 08/03/2016 | 03/30/2017 |
| 42 | Longhini, Douglas (pla) | flsdce | 1:2017-cv-20329 | 446 | 01/25/2017 | 04/20/2017 |
| 43 | Longhini, Douglas (pla) | flsdce | 1:2017-cv-20353 | 446 | 01/26/2017 | 03/03/2017 |
| 44 | Longhini, Douglas (pla) | flsdce | 1:2014-cv-23461 | 446 | 09/19/2014 | 01/30/2015 |
| 45 | Longhini, Douglas (pla) | flsdce | 1:2015-cv-22896 | 446 | 08/04/2015 | 05/11/2016 |
| 46 | Longhini, Douglas (pla) | flsdce | 9:2015-cv-81680 | 446 | 12/09/2015 | 02/29/2016 |
| 47 | Longhini, Douglas (pla) | flsdce | 1:2016-cv-20913 | 446 | 03/13/2016 | 07/14/2016 |
| 48 | Longhini, Douglas (pla) | flsdce | 1:2016-cv-23126 | 446 | 07/19/2016 | 08/18/2016 |
| 49 | Longhini, Douglas (pla) | flsdce | 1:2016-cv-25047 | 446 | 12/06/2016 | |
| 50 | Longhini, Douglas (pla) | flsdce | 1:2017-cv-20350 | 446 | 01/26/2017 | |
| 51 | Longhini, Douglas (pla) | flsdce | 1:2017-cv-20764 | 446 | 02/27/2017 | |
| 52 | Longhini, Douglas (pla) | flsdce | 1:2014-cv-23491 | 446 | 09/22/2014 | 08/14/2015 |
| 53 | Longhini, Douglas (pla) | flsdce | 1:2015-cv-22897 | 446 | 08/04/2015 | 04/29/2016 |
| 54 | Longhini, Douglas (pla) | flsdce | 1:2015-cv-24533 | 446 | 12/09/2015 | 05/23/2016 |
| 55 | Longhini, Douglas (pla) | flsdce | 1:2016-cv-20914 | 446 | 03/13/2016 | 07/13/2016 |
| 56 | Longhini, Douglas (pla) | flsdce | 1:2016-cv-23230 | 446 | 07/27/2016 | 10/05/2016 |
| 57 | Longhini, Douglas (pla) | flsdce | 1:2017-cv-20327 | 446 | 01/25/2017 | |
| 58 | Longhini, Douglas (pla) | flsdce | 1:2017-cv-20351 | 446 | 01/26/2017 | |

FEDERAL DISABILITY ADVOCATES
ATTORNEYS AT LAW

| # | Name | Court | Case Number | Code | Filed | Closed |
|---|---|---|---|---|---|---|
| 59 | Longhini, Douglas (pla) | flsdce | 1:2017-cv-20765 | 446 | 02/27/2017 | |
| 60 | Longhini, Douglas (pla) | flmdce | 2:2017-cv-00255 | 446 | 05/10/2017 | |
| 61 | Longhini, Douglas (pla) | flsdce | 1:2015-cv-22894 | 446 | 08/04/2015 | 05/24/2016 |
| 62 | Longhini, Douglas (pla) | flsdce | 1:2015-cv-24297 | 446 | 11/19/2015 | 04/29/2016 |
| 63 | Longhini, Douglas (pla) | flsdce | 1:2016-cv-20911 | 446 | 03/13/2016 | 08/03/2016 |
| 64 | Longhini, Douglas (pla) | flsdce | 1:2016-cv-23081 | 446 | 07/15/2016 | 07/15/2016 |
| 65 | Longhini, Douglas (pla) | flsdce | 1:2016-cv-24380 | 446 | 10/17/2016 | 03/10/2017 |
| 66 | Longhini, Douglas (pla) | flsdce | 1:2017-cv-20345 | 446 | 01/26/2017 | |
| 67 | Longhini, Douglas (pla) | flsdce | 1:2017-cv-20762 | 446 | 02/27/2017 | |
| 68 | Longhini, Douglas (pla) | flmdce | 3:2017-cv-00161 | 446 | 02/09/2017 | |
| 69 | Longhini, Douglas (pla) | flsdce | 1:2015-cv-22840 | 446 | 07/30/2015 | 02/24/2016 |
| 70 | Longhini, Douglas (pla) | flsdce | 1:2015-cv-23558 | 446 | 09/22/2015 | 05/04/2016 |
| 71 | Longhini, Douglas (pla) | flsdce | 1:2015-cv-24777 | 446 | 12/30/2015 | 01/20/2016 |
| 72 | Longhini, Douglas (pla) | flsdce | 1:2016-cv-21060 | 446 | 03/24/2016 | 09/29/2016 |
| 73 | Longhini, Douglas (pla) | flsdce | 1:2016-cv-23504 | 446 | 08/15/2016 | 01/20/2017 |
| 74 | Longhini, Douglas (pla) | flsdce | 1:2017-cv-20334 | 446 | 01/25/2017 | 04/14/2017 |
| 75 | Longhini, Douglas (pla) | flsdce | 1:2017-cv-20733 | 446 | 02/24/2017 | |
| 76 | Longhini, Douglas (pla) | flmdce | 6:2016-cv-01341 | 446 | 07/25/2016 | 12/29/2016 |
| 77 | Longhini, Douglas (pla) | flsdce | 1:2015-cv-22809 | 446 | 07/28/2015 | 12/02/2015 |
| 78 | Longhini, Douglas (pla) | flsdce | 1:2015-cv-23557 | 446 | 09/22/2015 | 11/16/2015 |
| 79 | Longhini, Douglas (pla) | flsdce | 1:2015-cv-24775 | 446 | 12/30/2015 | 05/11/2016 |
| 80 | Longhini, Douglas (pla) | flsdce | 1:2016-cv-21059 | 446 | 03/24/2016 | 09/27/2016 |
| 81 | Longhini, Douglas (pla) | flsdce | 1:2016-cv-23461 | 446 | 08/11/2016 | 08/11/2016 |
| 82 | Longhini, Douglas (pla) | flsdce | 1:2017-cv-20333 | 446 | 01/25/2017 | |
| 83 | Longhini, Douglas (pla) | flsdce | 1:2017-cv-20732 | 446 | 02/24/2017 | |
| 84 | Longhini, Douglas (pla) | flmdce | 3:2017-cv-00254 | 446 | 03/06/2017 | |
| 85 | Longhini, Douglas (pla) | flsdce | 1:2015-cv-22847 | 446 | 07/30/2015 | 10/23/2015 |
| 86 | Longhini, Douglas (pla) | flsdce | 1:2015-cv-23732 | 446 | 10/06/2015 | 11/30/2015 |
| 87 | Longhini, Douglas (pla) | flsdce | 1:2016-cv-20083 | 446 | 01/07/2016 | 09/13/2016 |
| 88 | Longhini, Douglas (pla) | flsdce | 1:2016-cv-21061 | 446 | 03/24/2016 | 12/15/2016 |
| 89 | Longhini, Douglas (pla) | flsdce | 1:2016-cv-23542 | 446 | 08/17/2016 | 04/10/2017 |
| 90 | Longhini, Douglas (pla) | flsdce | 1:2017-cv-20335 | 446 | 01/25/2017 | |
| 91 | Longhini, Douglas (pla) | flsdce | 1:2017-cv-20735 | 446 | 02/24/2017 | 02/24/2017 |
| 92 | Longhini, Douglas (pla) | flmdce | 3:2017-cv-00291 | 446 | 03/13/2017 | |
| 93 | Longhini, Douglas (pla) | flsdce | 1:2015-cv-22848 | 446 | 07/31/2015 | 02/12/2016 |
| 94 | Longhini, Douglas (pla) | flsdce | 1:2015-cv-23733 | 446 | 10/07/2015 | 05/25/2016 |
| 95 | Longhini, Douglas (pla) | flsdce | 1:2016-cv-20418 | 446 | 02/05/2016 | 12/09/2016 |
| 96 | Longhini, Douglas (pla) | flsdce | 1:2016-cv-23046 | 443 | 07/14/2016 | 02/21/2017 |
| 97 | Longhini, Douglas (pla) | flsdce | 1:2016-cv-23543 | 446 | 08/17/2016 | 08/17/2016 |
| 98 | Longhini, Douglas (pla) | flsdce | 1:2017-cv-20340 | 446 | 01/26/2017 | 01/26/2017 |
| 99 | Longhini, Douglas (pla) | flsdce | 1:2017-cv-20738 | 446 | 02/24/2017 | |
| 100 | Longhini, Douglas (pla) | flmdce | 3:2017-cv-00290 | 446 | 03/13/2017 | |
| 101 | Longhini, Douglas (pla) | flsdce | 1:2015-cv-22874 | 446 | 08/01/2015 | 08/04/2016 |
| 102 | Longhini, Douglas (pla) | flsdce | 1:2015-cv-23735 | 446 | 10/07/2015 | 06/10/2016 |
| 103 | Longhini, Douglas (pla) | flsdce | 1:2016-cv-20420 | 446 | 02/05/2016 | 04/25/2016 |
| 104 | Longhini, Douglas (pla) | flsdce | 1:2016-cv-23054 | 446 | 07/14/2016 | 05/01/2017 |
| 105 | Longhini, Douglas (pla) | flsdce | 1:2016-cv-23968 | 446 | 09/15/2016 | 12/14/2016 |
| 106 | Longhini, Douglas (pla) | flsdce | 1:2017-cv-20342 | 446 | 01/26/2017 | |
| 107 | Longhini, Douglas (pla) | flsdce | 1:2017-cv-20760 | 446 | 02/27/2017 | |
| 108 | Longhini, Douglas (pla) | flmdce | 2:2017-cv-00252 | 446 | 05/10/2017 | |
| 109 | Longhini, Douglas (pla) | flsdce | 1:2015-cv-22893 | 446 | 08/04/2015 | 09/09/2015 |
| 110 | Longhini, Douglas (pla) | flsdce | 1:2015-cv-24286 | 446 | 11/18/2015 | 11/17/2016 |
| 111 | Longhini, Douglas (pla) | flsdce | 1:2016-cv-20424 | 446 | 02/05/2016 | 04/18/2016 |
| 112 | Longhini, Douglas (pla) | flsdce | 1:2016-cv-23066 | 446 | 07/15/2016 | 09/12/2016 |
| 113 | Longhini, Douglas (pla) | flsdce | 1:2016-cv-24373 | 443 | 10/17/2016 | 03/09/2017 |
| 114 | Longhini, Douglas (pla) | flsdce | 1:2017-cv-20343 | 446 | 01/26/2017 | |

FEDERAL DISABILITY ADVOCATES
ATTORNEYS AT LAW

| | | | | | |
|---|---|---|---|---|---|
| [115] Longhini, Douglas (pla) | flsdce | 1:2017-cv-20761 | 446 | 02/27/2017 | |
| [116] Longhini, Douglas (pla) | flmdce | 2:2015-cv-00285 | 446 | 05/05/2015 | 12/11/2015 |
| [117] Longhini, Douglas (pla) | flsdce | 1:2015-cv-22789 | 446 | 07/28/2015 | 02/12/2016 |
| [118] Longhini, Douglas (pla) | flsdce | 1:2015-cv-23490 | 446 | 09/17/2015 | 06/16/2016 |
| [119] Longhini, Douglas (pla) | flsdce | 1:2015-cv-24774 | 446 | 12/30/2015 | 04/27/2016 |
| [120] Longhini, Douglas (pla) | flsdce | 1:2016-cv-21058 | 446 | 03/24/2016 | |
| [121] Longhini, Douglas (pla) | flsdce | 1:2016-cv-23459 | 446 | 08/11/2016 | 01/10/2017 |
| [122] Longhini, Douglas (pla) | flsdce | 1:2017-cv-20332 | 446 | 01/25/2017 | |
| [123] Longhini, Douglas (pla) | flsdce | 1:2017-cv-20731 | 446 | 02/24/2017 | |
| [124] Longhini, Douglas (dft) | flsdce | 1:2016-cv-23236 | 446 | 07/27/2016 | 08/08/2016 |
| [125] Longhini, Douglas (pla) | flsdce | 1:2015-cv-22895 | 446 | 08/04/2015 | 08/04/2015 |
| [126] Longhini, Douglas (pla) | flsdce | 1:2015-cv-24298 | 446 | 11/19/2015 | 03/09/2016 |
| [127] Longhini, Douglas (pla) | flsdce | 1:2016-cv-20912 | 446 | 03/13/2016 | 05/18/2016 |
| [128] Longhini, Douglas (pla) | flsdce | 0:2016-cv-61700 | 446 | 07/15/2016 | 11/28/2016 |
| [129] Longhini, Douglas (pla) | flsdce | 1:2016-cv-24770 | 446 | 11/15/2016 | 11/20/2016 |
| [130] Longhini, Douglas (pla) | flsdce | 1:2017-cv-20347 | 446 | 01/26/2017 | 03/30/2017 |
| [131] Longhini, Douglas (pla) | flsdce | 1:2017-cv-20763 | 446 | 02/27/2017 | |
| [132] Longhini, Douglas (pla) | flmdce | 3:2017-cv-00293 | 446 | 03/13/2017 | |
| [133] Longhini, Douglas (pla) | flsdce | 1:2015-cv-22873 | 446 | 07/31/2015 | 01/14/2016 |
| [134] Longhini, Douglas (pla) | flsdce | 1:2015-cv-23734 | 446 | 10/07/2015 | 02/24/2016 |
| [135] Longhini, Douglas (pla) | flsdce | 1:2016-cv-20419 | 446 | 02/05/2016 | 01/12/2017 |
| [136] Longhini, Douglas (pla) | flsdce | 1:2016-cv-23052 | 443 | 07/14/2016 | 10/26/2016 |
| [137] Longhini, Douglas (pla) | flsdce | 0:2016-cv-61981 | 446 | 08/17/2016 | 01/13/2017 |
| [138] Longhini, Douglas (pla) | flsdce | 1:2017-cv-20341 | 446 | 01/26/2017 | |
| [139] Longhini, Douglas (pla) | flsdce | 1:2017-cv-20758 | 446 | 02/27/2017 | |

11/15/201
Date

Douglas Longhini

STATE OF FLORIDA
COUNTY OF MIAMI-DADE

Before me   the   undersigned authority, on this 15th day, November 2017
Personally appeared Douglas Longhini who being first duly sworn, deposes and says that he/she has read the foregoing Answers to Court's Interrogatories, knows the contents of same, and to the best of his/her knowledge and belief, the same are true and correct.

SWORN TO AND SUBSCRIBED before me on this 15th day of November 15, 2017,



NOTARY PUBLIC

Marlin Woodum
Notary Public State of Florida
Commission Expires 4/18/2018

MARLIN WOODUM
MY COMMISSION # FF 100438
EXPIRES: April 18, 2018
Bonded Thru Notary Public Underwriters

FEDERAL DISABILITY ADVOCATES
ATTORNEYS AT LAW