**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**Jacksonville Division**

**CASE NO.: 3:17-CV-899-J-32-JBT**

DOUGLAS LONGHINI, individually, )
 )
    Plaintiff, )
 )
v. )
 )
GATEWAY RETAIL CENTER, LLC., )
WINGIN' IT INVESTMENTS, INC., )
NEIL, INC. a/k/a SUBWAY GATEWAY )
#20397, BAJCO FLORIDA, LLC. d/b/a )
PAPA JOHN'S PIZZA, )
 )
    Defendants. )
_____)

## UNOPPOSED MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF WITH MEMORANDUM OF LAW

Attorney MARIO E. LOPEZ (the **"Undersigned"**), pursuant to Local Rule 2.03 and the Court's Order in Case No.: 3:17-cv-254-J-32PDB [DE 28], directing all currently listed counsel of record who no longer represent Longhini to file a motion to withdraw that complies with the Local Rules, hereby moves this Court for leave to withdraw from the representation of Plaintiff, DOUG LONGHINI (**"Plaintiff"**) and in support thereof states:

1. Plaintiff retained the law firm of FEDERAL DISABILITY ADVOCATES d/b/a FEDERAL LEGAL ADVOCATES (the **"Law Firm"**) to represent him in the instant action. [DE 1].

2. Plaintiff is currently represented by William T. Leveille II, Esq. (*See* DE 32).

3. The undersigned is seeking leave of Court to withdraw from his representation of the Plaintiff.

4.      On March 23, 2018, Plaintiff, was advised of undersigned's intent to withdraw.

5.      On March 26, 2018, undersigned gave 10 days' notice to opposing counsels of his intent to withdraw.

## MEMORANDUM OF LAW

Local Rule 2.03(b) provides that an attorney who wishes to withdraw representation of a party must seek leave of Court. The Local Rule specifically provides:

> (b) No attorney, having made a general appearance under subsection (a) of this rule, shall thereafter abandon the case or proceeding in which the appearance was made, or withdraw as counsel for any party therein, except by written leave of Court obtained after giving ten (10) days' notice to the party or client affected thereby, and to opposing counsel.

(Local Rule 2.03(b)) As stated, the undersigned is seeking leave to withdraw from his representation of the Plaintiff. The undersigned is no longer employed by the Law Firm; however, the Law Firm is continuing its representation of the Plaintiff through attorney William T. Leveille II, Esq. (*See* DE 32).

Pursuant to Local Rule 2.03(b), Plaintiff has been on notice for at least ten (10) days of the undersigned's intent to withdraw. Additionally, the undersigned contacted opposing counsel in good faith regarding the intent to withdraw and they do not oppose.

WHEREFORE, the undersigned MARIO E. LOPEZ, ESQ. requests that this Honorable Court enter an Order granting the relief sought herein.

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 3.01(g)

Undersigned has conferred with opposing counsel and opposing counsel has not opposed the resolution of this Motion.

**[signature block on next page]**

Dated: April 5, 2018                                             Respectfully submitted,

                                              By: s/ Mario E. Lopez
                                                   Mario E Lopez, Esq.
                                                   Fla Bar. No.: 98061
                                                   **FEDERAL DISABILITY ADVOCATES**
                                                   *Counsel for the Plaintiff*
                                                   4300 Biscayne Boulevard, Suite 305
                                                   Miami, Florida 33137
                                                   Telephone:(305) 717-7530
                                                   Facsimile:(305) 717-7539
                                                   Primary e-mail: mlopez@justice360.com

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on April 5, 2018, the above motion was served on all parties of record via CM/ECF.

                                                     Respectfully submitted,

                                                     By: s/ Mario E. Lopez
                                                           Mario E Lopez, Esq.
                                                           Fla Bar. No.: 98061