UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO. 3:17-CV-899-j-32-JBT

DOUGLAS LONGHINI,

    Plaintiff,

v.

GATEWAY RETAIL CENTER, LLC;
WINGIN IT INVESTMENTS, INC.,
NEIL, INC. a/k/a SUBWAY GATEWAY
#20397,BAJCO FLORIDA, LLC. d/b/a
PAPA JOHN'S PIZZA,

    Defendants.
_____/

**JOINT MOTION FOR APPROVAL AND ENTRY OF CONSENT DECREE
AND TO DISMISS CLAIMS AGAINST DEFENDANT WINGIN' IT INVESTMENTS
INC., WITH PREJUDICE**

Plaintiff DOULGAS LONGHINI ("Plaintiff") and Defendant WINGIN' IT INVESTMENTS INC., ("Wingin 'It") (collectively the "Parties"), by and through their respective undersigned counsels, hereby move for the Court's approval and entry of the attached Consent Decree and for the Dismissal with Prejudice of Plaintiff's claims against Defendant Wingin' It.

    1.    This is an action under Title III of the Americans with Disabilities Act, 42 U.S.C. §12181 et seq. ("Title III" of the "ADA"). The property at issue is a small strip shopping center located at 5238 Norwood Avenue, Jacksonville, Florida 32208 (the "Property").

    2.    The matters raised by Plaintiff's Complaint regarding Wingin' It, have been resolved in accordance with the Consent Decree attached hereto as Exhibit "A."

    3.    The Parties agree and submit that the attached Consent Decree is fundamentally fair, adequate and reasonable to improve access for persons with disabilities at the Property and

otherwise meets the purposes of Title III of the ADA.

4. In accordance therewith, the Parties respectfully request that the Court review, approve and ratify the Consent Decree. As part of the Parties' settlement embodied by the Consent Decree, the Parties have agreed to a dismissal with prejudice of Plaintiff's claims against Wingin' It, with such dismissal being conditioned on the Court retaining jurisdiction to enforce the Consent Decree. *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1280 (11th Cir. 2012).

5. Accordingly, the Parties request, upon the Court's review, approval and ratification of the Consent Decree, that the Court dismiss with prejudice Plaintiff's claims against Wingin It and reserve jurisdiction to enforce the Consent Decree.

6. Except as otherwise stated in the Consent Decree, the Parties shall bear their own respective fees and costs.

WHEREFORE, the Parties respectfully request that the Court grant this Motion and enter an Order (a) approving and entering the attached Consent Decree, (b) dismissing with prejudice Plaintiff's claims against Defendant Wingin' It, and (c) retaining jurisdiction to enforce the Consent Decree. A proposed Order is provided herewith.

[This space intentionally left blank. Signature blocks on following page.]

Dated: July 5, 2018                               Respectfully submitted,

| | |
|---|---|
| *s/ William T. Leveille, II* <br> William T. Leveille, II, Esq. <br> Florida Bar No. 1003883 <br> Federal Legal Advocates <br> 4300 Biscayne Boulevard, Suite 305 <br> Miami, FL 33137 <br> Telephone (305) 717-7530 <br> Facsimile (305) 717-7539 <br> Email: wleveille@Fed-Legal.com <br> *Counsel for Plaintiff* | *s/ Candance W. Padgett* <br> Candance, Esq. Florida Bar No.: 0039853 <br> E-Mail: cpadgett@florida-law.com <br> VERNIS & BOWLING OF NORTH FLORIDA, P.A. <br> 4309 Salisbury Road <br> Jacksonville, FL 32216 <br> Telephone: 904-296-6751 <br> Facsimile: 904-296-2712 <br> *Attorney for Defendant, Wingin' It Investments, Inc.* |

## CERTIFICATE OF SERVICE

I hereby certify that on July 5, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List via transmission of Notices of Electronic Filing generated by CM/ECF.

*s/ William T. Leveille, II*
William T. Leveille, II, Esq.

## SERVICE LIST

*Douglas Longhini v. GATEWAY RETAIL CENTER, LLC,*
*WINGIN' IT INVESTMENTS, INC.,*
*NEIL, INC. a/k/a SUBWAY GATEWAY #20397*
*BAJCO FLORIDA, LLC d/b/a p PAPA JOHN'S PIZZA*
Case No. *3:17-CV-899-j-32-JBT*
United States District Court, Middle District of Florida