IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
Jacksonville Division

CASE NO. 3:17-cv-899-J-32-JBT

DOUGLAS LONGHINI,

    Plaintiff,

vs.

GATEWAY RETAIL CENTER, LLC;
WINGIN IT INVESTMENTS, INC.;
NEIL, INC. a/k/a SUBWAY GATEWAY
#20397; and BAJCO FLORIDA, LLC
d/b/a PAPA JOHN'S PIZZA,

    Defendants.
_____/

## JOINT MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT

Plaintiff, Douglas Longhini ("Plaintiff"), and Defendant, Gateway Retail Center, LLC ("Defendant"), (Plaintiff and Defendant are hereinafter collectively referred to as the "Parties"), by and through their respective undersigned counsel, hereby move for the Court's approval of the attached Settlement Agreement.

1. Plaintiff filed the instant cause of action alleging that the shopping center ("Shopping Center") owned and/or operated by Defendant violated Title III of the Americans with Disabilities Act, 42 U.S.C. § 12181 et seq. ("ADA").

2. Defendant denies these allegations.

3. Notwithstanding, the matters raised by Plaintiff's Complaint related to the Shopping Center have been resolved in accordance with the Settlement Agreement attached hereto as **Exhibit "1."**

4. The Parties submit that the attached Settlement Agreement is fundamentally fair, adequate and reasonable to improve and complete access for persons with disabilities at

the property at issue, and otherwise meets the purposes of the ADA with respect to the Shopping Center.

5. Moreover, the modifications required in the Settlement Agreement are readily achievable modifications required under the ADA, and that the Shopping Center will be ADA compliant under completion of the modifications required in the Settlement Agreement.

6. In accordance therewith, the Parties respectfully request that the Court review, approve and ratify the Settlement Agreement. Additionally, the Parties request the Court retain jurisdiction to enforce the terms of the Settlement Agreement. *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1280 (11th Cir. 2012).

5. As part of the Settlement Agreement, Plaintiff has agreed to dismiss this Action against Defendant, with prejudice. Accordingly, the Parties request, upon the Court's review, approval and ratification of the Settlement Agreement, and that the Action against Defendant be dismissed, with prejudice.

6. Accept as otherwise stated in the Settlement Agreement, the Plaintiff and Defendant are to bear their own fees and costs.

WHEREFORE, the parties respectfully request that the Court grant this Motion; enter an order (a) approving the attached Settlement Agreement, (b) dismissing the instant action, with prejudice, and (c) retaining jurisdiction to enforce the Settlement Agreement; and grant such additional relief as the Court deems just and proper.

Dated:   October 3, 2018.

Respectfully submitted,

| | |
|---|---|
| s/ William T. Leveille II | s/Carrie Stolzer Robinson |
| William T. Leveille II, Esq. | Ricardo A. Reyes (FBN 864056) |
| Fla Bar. No.: 1003883 | Carrie Stolzer Robinson (FBN 0354030) |
| FEDERAL LEGAL ADVOCATES | TOBIN & REYES, P.A. |
| *Counsel for the Plaintiff* | *Attorneys for Defendant* |
| 4300 Biscayne Boulevard, Suite 305 | 225 N. E. Mizner Blvd., Suite 510 |
| Miami, Florida 33137 | Boca Raton, Florida 33432 |
| Telephone: (305) 717-7530 | Phone: (561) 620-0656 |
| Facsimile: (305) 717-7539 | Fax:   (561) 620-0657 |
| Primary e-mail: WLeveille@fed-legal.com | rar@tobinreyes.com |
| Secondary e-mail: service.fda@jltrial.com | csrobinson@tobinreyes.com |