UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DOUGLAS LONGHINI,
individually,

    Plaintiff,

v.                                    Case No. 3:17-cv-899-J-32JBT

GATEWAY RETAIL CENTER,
LLC, WINGIN' IT INVESTMENTS,
INC., and NEIL, INC.,

    Defendants.

## **O R D E R**

This Americans with Disabilities Act ("ADA") case is before the Court on the parties' Joint Motion for Approval of Settlement Agreement (Doc. 57). The Court is unwilling to approve, and retain jurisdiction to enforce, a settlement agreement containing confidential terms it has not reviewed. Settlement Agreement ¶ 7; see also Doc. 44 (stating that the Court will not retain jurisdiction to enforce an agreement it has not reviewed). Additionally, the Court has other concerns about the agreement[1] and is skeptical that it needs

---

[1] For example, the agreement states that the agreed to modifications are necessary to make the subject property ADA compliant. However, the agreement also states that Defendant denies any violation of the ADA.

to approve the parties' private settlement agreement and retain jurisdiction to enforce it.

Accordingly, it is hereby

**ORDERED:**

1. The parties' Joint Motion for Approval of Settlement Agreement (Doc. 57) is **DENIED**.

2. Not later than **January 25, 2019**, the parties shall file appropriate documents to close out the file.

3. The hearing scheduled for January 3, 2019 is **CANCELLED.**

4. The Clerk shall terminate all pending motions and deadlines and administratively close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 19th day of December, 2018.

TIMOTHY J. CORRIGAN
United States District Judge

jb
Copies to:

Counsel of record

2