# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

DOUGLAS LONGHINI,
individually,

    Plaintiff,

v.    Case No. 3:17-cv-899-J-32JBT

GATEWAY RETAIL CENTER,
LLC,

    Defendant.

## ORDER

Upon review of Joint Stipulated Motion for Voluntary Dismissal with Prejudice (Doc. 64), filed on January 16, 2019, this case is dismissed with prejudice. Each party shall bear its own attorneys' fees and costs. The Clerk should close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 22nd day of January, 2019.

*[signature]*

TIMOTHY J. CORRIGAN
United States District Judge

jb
Copies:

2

Counsel of record

Counsel of record